FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2021

No. 04-20-00311-CV

Margaret Fay **GUIDRY**,
Appellant

v.

Edward James **GUIDRY**, Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
James L. Rex, Judge Presiding

# O R D E R

On January 19, 2021, a supplemental clerk's record was filed in this court reflecting that appellant is not indigent and is not entitled to appeal without paying the court reporter's fee for preparation of the reporter's record. Accordingly, appellant is ORDERED to immediately (1) designate and request in writing that the official court reporter prepare the reporter's record, and (2) make satisfactory payment arrangements in writing with the court reporter. *See* TEX. R. APP. P. 34.6(b), 35.3(b). Appellant is further ORDERED to file a copy of the written request for the reporter's record and the written payment arrangements with the court reporter in this court **_within 10 days_** from the date of this order. If appellant fails to comply with the ten-day deadline, the appellant's brief will be due thirty days from the date of this order and this appeal will be submitted without the benefit of a reporter's record.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court